IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01302-GPG

REGINA DAVIS, also known as Regina Robertson,

    Plaintiff,

v.

LADAWN WESTBROOK,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 13, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 13 day of July, 2017.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/ A. Garcia Garcia
                    Deputy Clerk